IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-CV-03260

STEPHEN BUSHANSKY, On Behalf of Himself and All Others Similarly Situated,

    Plaintiff,

v.

SENDGRID, INC.,
WARREN ADELMAN,
AJAY AGARWAL,
FRED BALL,
BYRON DEETER,
SAMEER DHOLAKIA,
ANNE RAIMONDI,
HILARY SCHNEIDER, and
SRI VISWANATH,

    Defendants.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Stephen Bushansky ("Plaintiff") voluntarily dismisses the above-captioned action (the "Action") with prejudice as to his individual claims, and without prejudice as to the claims of the putative class. Because this notice of dismissal is being filed before service by the defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: February 4, 2019

**WEISSLAW LLP**

By: */s/* Richard A. Acocelli
Richard A. Acocelli
1500 Broadway, 16th Floor
New York, NY 10036
Telephone: (212) 682-3025

Facsimile: (212) 682-3010
Email: racocelli@weisslawllp.com

*Attorneys for Plaintiff*